# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00539-CV

### In re H. S. J.

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a motion for an emergency stay and petition for writ of mandamus. *See* Tex. R. App. P. 52.8, 52.10. Having reviewed the petition, motion, response, and record, we deny the petition for writ of mandamus and motion for emergency relief.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Filed: August 31, 2011